FRED DIFRANCO, Respondent, v MARGAREITE ESSIG, Respondent, and THORNWOOD FIRE DISTRICT, Appellant, et al., Defendants.

Submitted June 14, 2004; decided September 2, 2004

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).